IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASIA REDD, | § | |
| | § | |
| Plaintiff | § | |
| v. | § | No. 3:16-CV-02508-K |
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney dated March 20, 2017. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Summary Judgment [ECF No. 13] is GRANTED. Plaintiff's claims are hereby DISMISSED with prejudice.

**SO ORDERED.**

Signed April 17th, 2017.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE